■ In the Matter of JOHN C. HILL, an Attorney.— Effective date of suspension extended to and including February 28, 1975. Motion for reargument denied. Concur — Lupiano, J. P., Tilzer, Capozzoli and Lane, JJ.

(Republished)

■ In the Matter of PAVER & WILDFOERSTER v. CATHOLIC HIGH SCHOOL ASSOCIATION. Motion for leave to appeal to the Court of Appeals denied since the order of this court is appealable as of right. (See CPLR 5601; *Matter of Wilaka Constr. Co.* [*N. Y. City Housing Auth.*], 17 N Y 2d 195, 204.) The order of this court entered on January 30, 1975 is vacated. Concur — Kupferman, J. P., Murphy, Lupiano, Lane and Nunez, JJ.